No. 01–6795. BECKWITH v. FRANCHISE TAX BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–6796. ROGERS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 01–6799. OSBORNE v. WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6802. KRONCKE v. SALDATE ET AL. Ct. App. Ariz. Certiorari denied.

No. 01–6803. LANGFORD v. ELLIS, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 01–6804. MARTIN v. COURT OF COMMON PLEAS OF OHIO, CUYAHOGA COUNTY, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 01–6810. PORTEE v. HAMLETT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6812. COURTNEY v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 01–6813. DELGADO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6828. DAVIS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6847. SMITH v. SIKES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–6887. FOSTER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–6893. FORD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–6913. BYRD v. GEORGIA. Sup. Ct. Ga. Certiorari denied.